# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

JUUL LABS, INC.,

Plaintiff,    1:18-cv-07717

v.    Hon. Andrea R. Wood

SHENZHEN OVNS TECHNOLOGY CO., LTD.,
MISTHUB, LLC,
LAN & MIKE INTERNATIONAL TRADING, INC.
and
VAPORDNA

Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven Susser of Carlson, Gaskey & Olds, P.C. hereby enters his appearance as counsel for Defendant MistHub, LLC in the above-captioned action.

Respectfully Submitted,

By:   /s/ Steven Susser
Steven Susser
Carlson, Gaskey & Olds, P.C.
400 West Maple Road, Suite 350
Birmingham, Michigan 48009
Telephone: (248) 988-8360
Facsimile: (248)988-8363
ssusser@cgolaw.com

Grant Blumenthal
Blumenthal Law Group | pc
180 N. LaSalle Street, Suite 3700
Chicago, Illinois 60601
Tel: (312) 981-5055
gblumenthal@blumenthal-law.com

Dated: January 30, 2019

## CERTIFICATE OF SERVICE

I certify that on January 30, 2019 the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using CM/ECF and was also served upon all counsel of record either through CM/ECF or some other authorized manner.

/s/ Steven Susser
Steven Susser
Carlson, Gaskey & Olds, P.C.
400 West Maple Road, Suite 350
Birmingham, Michigan 48009
Telephone: (248) 988-8360
Facsimile: (248)988-8363
ssusser@cgolaw.com